934 A.2d 698

**Raymond PRATT, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 21, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2007, the order of the Commonwealth Court is **AFFIRMED.**